**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KAREN MCMANUS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TUFTS MEDICAL CENTER, INC.,<br><br>Defendant. | Case No.: 1:25-cv-10008 |

**DEFENDANT TUFTS MEDICAL CENTER, INC.'S**
**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Tufts Medical Center, Inc. ("Tufts MC") respectfully moves this Court to dismiss Plaintiff's Amended Complaint, with prejudice because Plaintiff fails to state a claim upon which relief can be granted. The facts and arguments supporting this Motion are set forth in the accompanying Memorandum.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to L.R. 7.1(d), Tufts MC respectfully requests oral argument on this motion to dismiss should the Court not be inclined to grant the motion without such.

Dated: February 10, 2025

Respectfully submitted,

*<u>/s/ James H. Rollinson</u>*

James H. Rollinson, Esq. (BBO #649407)
BAKER & HOSTETLER LLP
127 Public Street
Suite 2000
Cleveland, OH 44116
jrollinson@bakerlaw.com
T: (216) 621-0200
F: (216) 626-0740

Paul G. Karlsgodt (pro hac vice to be filed)
BAKER & HOSTETLER LLP
1801 California Street
Suite 4400
Denver, CO 80202-2662
pkarlsgodt@bakerlaw.com
T: (303) 764-4013
F: (303) 861-7805

Elizabeth A. Scully (admitted pro hac vice)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
escully@bakerlaw.com
T: (202) 861-1500
F: (202) 861-1783

*Attorneys for Defendant*

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)**

I, James H. Rollinson, hereby certify that Elizabeth A. Scully, counsel for Defendant, has conferred with Patrick Vallely, counsel for Plaintiff, in good faith regarding this motion but the parties were unable to resolve the issues in this motion.

*/s/ James H. Rollinson*
*One of the attorneys for defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 10, 2025, copies of the foregoing were filed using the Court's CM/ECF service which will provide service copies to the Plaintiff's counsel of record.

*/s/ James H. Rollinson*
*One of the attorneys for defendant*