**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

**Suffolk, ss.**

| | |
|---|---|
| KAREN MCMANUS,<br><br>For herself and the Class,<br><br>v.<br><br>TUFTS MEDICAL CENTER, INC.,<br><br>Defendant. | **Case No. 1:25-cv-10008-ADB** |

**CORRECTION OF NOTICE OF SUPPLEMENTAL AUTHORITY**

On June 20, 2025, Plaintiff filed a notice of supplemental authority regarding several decisions, including a decision in *Doe v. Tenet Healthcare*. It has come to Plaintiff's attention that Plaintiff incorrectly attributed that decision to Judge Saris, when in fact the *Tenet Healthcare* decision submitted was from a different case relating to tracking technologies against Tenet Healthcare pending in federal court in California. Plaintiff apologies for any incorrect information provided in its notice.

Dated: June 23, 2025

Respectfully submitted,

*/s/Patrick J. Vallely*

SHAPIRO HABER & URMY LLP
Edward F. Haber (BBO #215620)
Michelle H. Blauner (BBO #549049)
Patrick J. Vallely (BBO #663866)
One Boston Place
Suite 2600
Boston, MA 02108
(617) 439-3939 – Telephone
(617) 439-0134 – Facsimile
ehaber@shulaw.com
mblauner@shulaw.com
pvallely@shulaw.com

***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was filed electronically through the Court's electronic filing system and that notice of this filing will be sent to all counsel of record in this matter by operation of the Court's ECF system.

Dated: June 23, 2025

*/s/Patrick J. Vallely*
Patrick J. Vallely